AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cooper, Christopher R. | U.S. District Court for the District of Columbia | 07/05/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

333 Constitution Ave. NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | 1208 Broad Street LLC |
| 2. | Director | Christian Benevolent Funeral Home, Inc. |
| 3. | Trustee | St. Albans School |
| 4. | Director | Federal Judges Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Private School #1 (Washington DC) | ▨ tuition | K |
| 2. | Private School #2 (Washington, DC) | ▨ tuition | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NatWest Bank Current Account | | None | J | T | | | | | |
| 2. Commonwealth National Bank stock | | None | L | U | | | | | |
| 3. BROKERAGE #1 (H) | | | | | | | | | |
| 4. Abbott (ABT) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | | |
| 5. Accenture (ACN) (X) | A | Dividend | J | T | | | | | |
| 6. Aflac (AFL) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 7. Air Products & Chemicals (APD) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 8. Amgen Inc (AMGN) (X) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 9. Analog Devices (ADI) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 10. AT&T (T) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 11. ADP (ADP) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | C | |
| 12. Becton Dickinson (BDX) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | C | |
| 13. Blackrock (BLK) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 14. Chevron (CVX) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 15. Chubb (CB) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 16. Cisco Systems Inc (CSCO) (X) | A | Dividend | J | T | | | | | |
| 17. Clorox (CLX) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Colgate Palmolive (CL) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 19. Eaton Vance (EV) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 20. Emerson Electric (EMR) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | | |
| 21. Eversource Energy (ES) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 22. ExxonMobil (XOM) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | | |
| 23. Factset Research (FDS) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 24. General Dynamics (GD) | A | Dividend | K | T | Sold (part) | 07/10/17 | J | C | |
| 25. General Mills (GIS) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 26. Grainger (GWW) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 27. Harris Corp (HRS) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 28. Illinois Tool Works (ITW) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | C | |
| 29. IBM (IBM) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | | |
| 30. JM Smucker (SJM) | A | Dividend | | | Sold (part) | 07/10/17 | J | B | |
| 31. | | | | | Sold | 09/26/17 | J | B | |
| 32. Johnson & Johnson (JNJ) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | C | |
| 33. JP Morgan Chase & Co (JPM) (X) | A | Dividend | J | T | | | | | |
| 34. Kellogg (K) | A | Dividend | | | Sold (part) | 07/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/02/17 | J | A | |
| 36. Lowes Companies (LOW) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | C | |
| 37. McDonalds (MCD) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 38. Medtronic (MDT) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 39. Microsoft (MSFT) | A | Dividend | K | T | Sold (part) | 07/10/17 | J | C | |
| 40. Nextera Energy (NEE) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | C | |
| 41. Nike (NKE) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | | |
| 42. Norfolk Southern (NSC) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 43. Novartis (NVS) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 44. Paychex Inc (PAYX) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 45. PepsiCo (PEP) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 46. Phillips 66 (PSX) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 47. Polaris Indus. (PII) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 48. Praxair Inc. (PX) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 49. P&G (PG) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 50. Qualcomm (QCOM) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | | |
| 51. Scana Corp. (SCG) | A | Dividend | | | Sold (part) | 07/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 08/18/17 | J | A | |
| 53. Southern Company (SO) | A | Dividend | | | Sold (part) | 07/10/17 | J | A | |
| 54. | | | | | Sold | 08/23/17 | J | A | |
| 55. Sysco Corp. (SYY) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 56. Target (TGT) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | | |
| 57. United Technologies (UTX) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 58. US Bancorp New (USB) | A | Dividend | J | T | Buy | 02/02/17 | J | | |
| 59. | | | | | Sold (part) | 07/10/17 | J | | |
| 60. VF Corp. (VFC) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | B | |
| 61. Wal-Mart (WMT) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 62. Wisconsin Energy (WEC) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 63. 3M (MMM) | A | Dividend | J | T | Sold (part) | 07/10/17 | J | C | |
| 64. BROKERAGE #2 (H) | | | | | | | | | |
| 65. Wells Fargo Cash Management & Sweep Accounts | A | Interest | K | T | | | | | 155 |
| 66. Ansys Inc. (ANSS) | | None | J | T | | | | | |
| 67. Aspen Technology (AZPN) | | None | K | T | Sold (part) | 03/29/17 | J | B | |
| 68. Bank of Ozarks (OZRK) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Berkeley WR Corp (WRB) | A | Dividend | J | T | | | | | |
| 70. Carlisle (CSL) | A | Dividend | J | T | | | | | |
| 71. CDW Corp. (CDW) | A | Dividend | K | T | | | | | |
| 72. Cheescake Factory (CAKE) (X) | A | Distribution | J | T | | | | | |
| 73. Chuch & Dwight (CHD) | A | Dividend | | | Sold (part) | 03/29/17 | J | C | |
| 74. | | | | | Sold | 08/04/17 | J | C | |
| 75. Cooper Cos (COO) | A | Dividend | K | T | | | | | |
| 76. Copart Inc (CPRT) (X) | | None | J | T | | | | | |
| 77. Core Labs (CORE) | A | Dividend | K | T | | | | | |
| 78. Cotiviti Holdings Inc (COTV) (X) | | None | J | T | | | | | |
| 79. Dentsply Sirona Inc (XRAY) (X) | A | Dividend | | | Sold (part) | 10/23/17 | J | B | |
| 80. | | | | | Sold | 10/24/17 | J | D | |
| 81. Drill Quip (DRQ) | | None | J | T | | | | | |
| 82. Equifax (EFX) | A | Dividend | | | Sold | 09/08/17 | J | D | |
| 83. Expeditors Intl. (EXPD) | A | Dividend | K | T | | | | | |
| 84. Factset Research Systems Inc (FDS) (X) | A | Dividend | | | Sold | 06/28/17 | J | C | |
| 85. Fastenal (FAST) | A | Dividend | | | Sold | 06/23/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Jack Henry & Assoc. (JKHY) | A | Dividend | J | T | Sold (part) | 06/30/17 | J | A | |
| 87. | | | | | | Sold (part) | 07/03/17 | J | B | |
| 88. | Landstar Systems (LSTR) | A | Dividend | J | T | Sold (part) | 04/17/17 | J | A | |
| 89. | Lennox International (LII) (X) | A | Dividend | K | T | | | | | |
| 90. | Manhattan Assoc (MANH) | | None | K | T | | | | | |
| 91. | Monotype Holdings (TYPE) | A | Dividend | | | Sold (part) | 08/16/17 | J | | |
| 92. | | | | | | Sold (part) | 08/22/17 | J | | |
| 93. | | | | | | Sold | 08/24/17 | J | | |
| 94. | MSCI Inc. (MSCI) | A | Dividend | K | T | Sold (part) | 03/14/17 | J | C | |
| 95. | Nordson Corp. (NDSN) | A | Dividend | K | T | | | | | |
| 96. | Pool Corp (POOL) (X) | A | Dividend | J | T | | | | | |
| 97. | Primerica (PRI) | A | Dividend | K | T | | | | | |
| 98. | RBC Bearings (ROLL) | | None | K | T | | | | | |
| 99. | Signature Bank NY (SBNY) | | None | K | T | | | | | |
| 100. | Snap-On Inc (SNA) | A | Dividend | K | T | | | | | |
| 101. | Teradyne (TER) (X) | A | Dividend | J | T | | | | | |
| 102. | Trip Advisor (TRIP) | | None | | | Sold | 06/23/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wabco Holdings (WBC) | | None | K | T | | | | | |
| 104. Watsco Inc (WSO) (X) | A | Dividend | | | Sold | 03/15/17 | J | B | |
| 105. Wynn Resorts (WYNN) | A | Dividend | K | T | | | | | |
| 106. BROKERAGE # 3 (H) | | | | | | | | | |
| 107. Amazon (AMZN) | | None | M | T | | | | | |
| 108. American Express (AXP) | A | Dividend | K | T | | | | | |
| 109. Ameriprise (AMP) | A | Dividend | J | T | | | | | |
| 110. Andeavor (ANDV) (formerly Tesoro) | A | Dividend | K | T | | | | | |
| 111. Cisco (CSCO) | B | Dividend | K | T | | | | | |
| 112. Coke (KO) | A | Dividend | K | T | | | | | |
| 113. Eli Lilly (LLY) | A | Dividend | J | T | | | | | |
| 114. F5 Networks (FFIV) | | None | K | T | | | | | |
| 115. GE (GE) | A | Dividend | J | T | | | | | |
| 116. Intel (INTC) | B | Dividend | L | T | | | | | |
| 117. IShares MSCI Brazil ETF (EWZ) | A | Dividend | J | T | | | | | |
| 118. IShares MSCI Japan ETF (EWJ) | A | Dividend | K | T | | | | | |
| 119. IShares MSCI Russell 2000 ETF (IWM) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IShares MSCI Russell MidCap ETF (IWR) | B | Dividend | L | T | | | | | |
| 121. Microsoft (MSFT) | B | Dividend | L | T | | | | | |
| 122. Powershares QQQ Ser1 ETF (QQQ) | B | Dividend | M | T | | | | | |
| 123. Sarepta Therapeutics (SRPT) | | None | K | T | | | | | |
| 124. SPDR Dow Jones Ind. ETF (DIA) | A | Dividend | K | T | | | | | |
| 125. SPDR S&P 500 ETF (SPY) | B | Dividend | M | T | | | | | 109 |
| 126. Waste Management (WM) | A | Dividend | K | T | | | | | |
| 127. Walker & Dunlop (WD) | | None | L | T | | | | | |
| 128. AIM Liquid Assets Port. Fund (LAPXX) (Y) | | | | | | | | | |
| 129. Arrow Inv Tactical Cl. C Fund (DWTTX) | C | Dividend | K | T | | | | | |
| 130. BROKERAGE #4 (H) | | | | | | | | | |
| 131. UBS Bank USA Deposit Acct (X) | A | Interest | K | T | | | | | |
| 132. Accenture PLC (ACN) | A | Dividend | K | T | Buy | 02/14/17 | K | | |
| 133. Adobe Systems Inc (ADBE) | | None | K | T | Buy | 02/14/17 | K | | |
| 134. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 135. Alerian MLP (AMLP) | | None | K | T | Buy | 12/04/17 | K | | |
| 136. Align Technology (ALGN) | | None | K | T | Buy | 02/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 08/31/17 | J | B | |
| 138. | | | | | Sold (part) | 10/06/17 | J | B | |
| 139. Alphabet Inc Cl A (GOOGL) | | None | J | T | Buy | 02/14/17 | K | | |
| 140. | | | | | Sold (part) | 06/26/17 | J | A | |
| 141. | | | | | Sold (part) | 08/31/17 | J | A | |
| 142. Alphabet Inc Cl C (GOOG) | | None | K | T | Buy | 02/14/17 | K | | |
| 143. AR St Water & Waste 041042VC3 | B | Interest | L | T | Buy | 02/10/17 | L | | |
| 144. Automatic Data Processing (ADP) | A | Dividend | K | T | Buy | 02/14/17 | K | | |
| 145. CA Infrastructure 2017 13034ART9 | A | Interest | K | T | Buy | 03/01/17 | K | | |
| 146. Celgene (CELG) | | None | K | T | Buy | 02/14/17 | K | | |
| 147. Chesterfield Co VA Wtr & RV 166409GE6 | B | Interest | L | T | Buy | 02/14/17 | L | | |
| 148. Cullen Emrgng Mrkts High Div Fund (CEMFX) | | None | | | Sold | 02/06/17 | N | | 126 |
| 149. Cullen International. High Dividend Fund (CIHDX) | | None | | | Sold | 02/06/17 | M | | 127 |
| 150. Dallas Ft Worth TX In Amt Sr 235036D49 | A | Interest | K | T | Buy | 02/13/17 | K | | |
| 151. Columbia Small Cap Growth I Fund (CGOAX) | A | Dividend | J | T | | | | | |
| 152. Deutsche Managed Muni Bond Fund (SMLIX) | A | Dividend | | | Sold | 01/30/17 | M | A | |
| 153. Dollar General Corp (DG) | A | Dividend | K | T | Buy | 02/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. UBS E-TRACS Alerian MLP Index ETN (AMUB) | | None | | | Sold | 02/06/17 | L | | 142 |
| 155. Facebook Inc Cl A (FB) | | None | K | T | Buy | 02/14/17 | K | | |
| 156. Fairfax Cnty VA For Prev Sr B30382ACG5 | B | Interest | L | T | Buy | 02/10/17 | L | | |
| 157. Federated Ultra Short Bond Fund (FULIX) | A | Dividend | | | Sold | 02/06/17 | M | | 129 |
| 158. FL State Brd Ed Pub Ed Sr A 34153PYX0 | B | Interest | K | T | Buy | 02/14/17 | K | | |
| 159. Gartner Inc (IT) | | None | K | T | Buy | 02/14/17 | J | | |
| 160. Grossmont CA Healthca Re Sr 399223BV7 | A | Interest | K | T | Buy | 02/15/17 | K | | |
| 161. Guggenheim Macro Oppy. Fund (GIOIX) | B | Dividend | L | T | Sold (part) | 02/06/17 | L | | 130 |
| 162. Harding Loevner Intl Equity (HLMIX) | D | Dividend | N | T | Buy | 02/06/17 | N | | |
| 163. iShares Core MSCI Emerging Mkts (IEMG) | B | Distribution | L | T | Buy | 02/06/17 | L | | |
| 164. iShares TR Currency Hedged MSCI Eurozone Fund (HEZU) | A | Dividend | | | Sold | 02/06/17 | M | | 131 |
| 165. iShares Edge MSCI Min Vol USA (USMB) | B | Dividend | M | T | Buy | 02/06/17 | M | | |
| 166. iShares MSCI India (INDA) | A | Dividend | K | T | Buy | 02/06/17 | K | | |
| 167. iShares Russell 1000 Growth ETF (IWF) | | None | | | Buy | 10/03/17 | L | | |
| 168. | | | | | Sold | 11/03/17 | L | B | |
| 169. Jo Hambro Intl. Fund (JOHCM) | | None | | | Sold | 02/06/17 | M | E | 133 |
| 170. Los Angeles CA Hbr Ami Sa A Rv 544552VC3 | A | Interest | K | T | Buy | 02/14/17 | K | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Maryland St St & Loc Fac Rv 5741925G1 | B | Interest | K | T | Buy | 02/17/17 | K | | |
| 172.  Manor Growth Fund (MNRGX) | | None | | | Sold | 02/02/17 | M | C | 135 |
| 173.  Mastercard Inc (MA) | A | Dividend | J | T | Buy | 02/14/17 | J | | |
| 174.  Matthews Asia Dividend (MAPIX) | C | Dividend | L | T | Buy | 02/06/17 | K | | |
| 175.  Microsoft Inc (MSFT) | A | Dividend | K | T | Buy | 07/13/17 | J | | |
| 176. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 177.  MO St Hwy Trans Sr A Rv 60636WRK3 | B | Interest | L | T | Buy | 02/10/17 | L | | |
| 178.  Nestle SA Spon ADR (NSRGY) | A | Dividend | K | T | Buy | 02/14/17 | K | | |
| 179.  NY St Dorm Auth Sr A Rv 64990CQD6 | B | Interest | L | T | Buy | 02/16/17 | L | | |
| 180.  Metropolitan West Tot. Return Bond Fund (MWTIX) (Y) | | | | | | | | | 137 |
| 181.  Nike Inc Cl B (NKE) | A | Dividend | K | T | Buy | 02/14/17 | K | | |
| 182. | | | | | Sold | 10/03/17 | K | | |
| 183. | | | | | Buy | 11/03/17 | K | | |
| 184.  O Reilly Automotive (ORLY) | | None | K | T | Buy | 02/14/17 | K | | |
| 185. | | | | | Buy (add'l) | 04/28/17 | J | | |
| 186. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 187. | | | | | Sold (part) | 10/03/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 11/03/17 | K | | |
| 189. Oracle Corp (ORCL) | A | Dividend | K | T | Buy | 02/14/17 | K | | |
| 190. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 191. Priceline Group (BKNG) | | None | K | T | Buy | 02/14/17 | K | | |
| 192. Prince Georges Cnty Md S B Be/R/5 | | None | J | T | Buy | 08/30/17 | J | | |
| 193. Principal Sm-Md Cap Div Fund (PMDIX) | D | Dividend | M | T | Buy | 02/06/17 | M | | |
| 194. Regeneron Pharmaceuticals (REGN) | | None | K | T | Buy | 02/14/17 | K | | |
| 195. | | | | | Sold (part) | 08/29/17 | J | B | |
| 196. SPDR S&P 500 ETF (SPY) | C | Dividend | M | T | Sold (part) | 02/06/17 | N | E | 109 |
| 197. | | | | | Sold (part) | 12/04/17 | J | A | |
| 198. St of OH Infra Improv Sr B 677520S82 | B | Interest | K | T | Buy | 02/21/17 | K | | |
| 199. Starbucks Corp (SBUX) | A | Dividend | K | T | Buy | 02/14/17 | K | | |
| 200. | | | | | Sold | 10/03/17 | K | | |
| 201. | | | | | Buy | 11/03/17 | K | | |
| 202. T Rowe Price Global Tech Fund (PRGTX) | D | Dividend | L | T | Sold (part) | 02/06/17 | L | D | 140 |
| 203. TJX Companies Inc (TJX) | A | Dividend | K | T | Buy | 02/14/17 | K | | |
| 204. | | | | | Sold (part) | 04/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 04/11/17 | J | | |
| 206. | | | | | Sold | 06/19/17 | J | | |
| 207. Tortoise MLP & Pipeline Fund (TORIX) | B | Dividend | | | Buy | 02/06/17 | L | | |
| 208. | | | | | Sold | 12/04/17 | K | | |
| 209. Transamerica Emrgng Mrkts Debt Fund (EMTIX) | | None | | | Sold | 02/06/17 | L | C | 141 |
| 210. Vanguard High Yield Tax Exempt Fd Adm (VWAHX) | D | Dividend | M | T | Buy | 02/06/17 | M | | |
| 211. | | | | | Sold (part) | 12/04/17 | J | A | |
| 212. Vanguard FTSE Developed Markets (VEA) | | None | | | Sold | 02/06/17 | M | | 143 |
| 213. Vanguard Value ETF (VTV) | C | Dividend | M | T | Buy | 02/06/17 | M | | |
| 214. | | | | | Sold (part) | 12/04/17 | J | A | |
| 215. Visa Inc Cl A (V) | A | Dividend | K | T | Buy | 02/14/17 | K | | |
| 216. | | | | | Sold (part) | 09/27/17 | J | B | |
| 217. VanEck Vectors High Yield Muni Index (HYD) (formerly Lehman Bros) | A | Dividend | | | Sold | 02/06/17 | K | | 136 |
| 218. Walnut Valley CA USD 932889UP1 | A | Interest | K | T | Buy | 02/15/17 | K | | |
| 219. Washington St Health Car Sr B 93978HGE9 | B | Interest | K | T | Buy | 02/16/17 | K | | |
| 220. Washington Subn San Dist 940157WQ9 | B | Interest | K | T | Buy | 03/08/17 | K | | |
| 221. WCM Focusted Intl Growth (WCMIX) | A | Dividend | M | T | Buy | 02/06/17 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. WI St Health & Ed Sr B 97710B4L3 | A | Interest | K | T | Buy | 02/21/17 | K | | |
| 223. Wisdom Tree Europe Hedged Equity (HEDJ) | B | Dividend | L | T | Buy | 02/06/17 | K | | |
| 224. Wisdom Tree Japan Hedged Equity Fund (DXJ) | A | Dividend | K | T | Sold (part) | 02/06/17 | K | A | 144 |
| 225. Zoetis Inc (ZTS) | | None | J | T | Buy | 11/16/17 | J | | |
| 226. BROKERAGE #5 (H) | | | | | | | | | |
| 227. UBS Bank Deposit Acct (X) | A | Interest | L | T | | | | | |
| 228. BROKERAGE #6 (H) | | | | | | | | | |
| 229. Credit Suisse Fl. Rate High Income Fund (CSHIX) | C | Int./Div. | L | T | | | | | |
| 230. IRA #1 (H) | | | | | | | | | |
| 231. Ashmore Emerg Mkt Total Return (EMKIX) | A | Dividend | | | Buy | 02/24/17 | K | | |
| 232. | | | | | Sold | 03/15/17 | K | | |
| 233. Brown Advisory Sm Cap Val (BIAUX) | A | Dividend | J | T | Buy | 02/24/17 | J | | |
| 234. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 235. Cambiar Intl Equity Instl (CAMYX) | B | Dividend | L | T | Buy | 02/24/17 | K | | |
| 236. | | | | | Buy (add'l) | 02/24/17 | K | | |
| 237. Causeway Emerg Mkts (CEMIX) | A | Dividend | K | T | Buy | 02/24/17 | K | | |
| 238. | | | | | Buy (add'l) | 03/15/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Columbia Disciplined Value (CVQZX) | C | Dividend | L | T | Buy | 02/24/17 | K | | |
| 240. | | | | | Buy (add'l) | 03/15/17 | K | | |
| 241. Cullen Emerg Mkt High Div Cl I (CEMFX) | | None | | | Sold | 02/24/17 | L | | 126 |
| 242. Cullen Intl High Div Fund (CIHDX) | | None | | | Sold | 02/24/17 | L | | 127 |
| 243. Etracs Alerian MLP Index ETN (AMUB) | A | Dividend | | | Sold | 03/06/17 | K | | 142 |
| 244. Federated Ultra Short Bond Fund (FULIX) | A | Dividend | | | Sold | 02/24/17 | K | | 129 |
| 245. Guggenheim Macro Opportunities (GIOIX) | A | Dividend | | | Sold | 02/24/17 | K | | 130 |
| 246. Harding Loevner Intl Equity (HLMIX) | A | Dividend | L | T | Buy | 02/24/17 | K | | |
| 247. | | | | | Buy (add'l) | 03/15/17 | K | | |
| 248. Hartford Midcap Fund I (HFMIX) | B | Dividend | K | T | Buy | 02/24/17 | K | | |
| 249. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 250. Ishares Core MSCI EAFE (IEFA) | B | Dividend | L | T | Buy | 02/24/17 | K | | |
| 251. | | | | | Buy (add'l) | 03/15/17 | K | | |
| 252. Ishares Currency Hedged MSCI Eurozone (HEZU) | A | Dividend | | | Sold | 02/24/17 | K | | 131 |
| 253. Ishares US Credit Bond ETF (CRED) | A | Dividend | | | Buy | 02/24/17 | K | | |
| 254. | | | | | Sold | 03/15/17 | K | | |
| 255. Ishares US Treasury Bond ETF (GOVT) | A | Dividend | K | T | Buy | 02/24/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 03/15/17 | L | | |
| 257.  JOHCM Intl Fund Cl Sel I (JOHIX) | | None | | | Sold | 02/24/17 | L | C | 133 |
| 258.  JP Morgan Large Cap Growth Cl I (SEEGX) | D | Dividend | L | T | Buy | 02/24/17 | K | | |
| 259. | | | | | Buy (add'l) | 03/15/17 | K | | |
| 260.  Manor Growth Fund NL (MNRGX) | | None | | | Sold | 02/24/17 | L | C | 135 |
| 261.  Metropolitan West Tot Ret Bond (MWTIX) | A | Dividend | | | Sold | 02/24/17 | L | | 137 |
| 262.  Pimco Invest Grade Corp Bond (PBDAX) | B | Dividend | K | T | Buy | 03/15/17 | K | | |
| 263.  Principal Investors High Yield (PHYTX) | A | Dividend | | | Sold | 02/24/17 | K | A | 139 |
| 264.  SPDR Bloomberg Barclays High Yield (JNK) | A | Dividend | | | Buy | 02/24/17 | M | | |
| 265. | | | | | Sold | 03/15/17 | M | | |
| 266.  SPDR Bloomberg Barclays Intl Treas (BWX) | | None | | | Buy | 02/24/17 | K | | |
| 267. | | | | | Sold | 03/15/17 | K | | |
| 268.  SPDR Bloomberg Barclays 1-3 Mo T-Bill (BIL) | A | Dividend | K | T | Buy | 03/15/17 | K | | |
| 269.  SPDR S&P 500 ETF (SPY) | C | Dividend | M | T | | | | | 109 |
| 270.  T Rowe Price Global Tech Fund (PRGTX) | D | Dividend | L | T | | | | | 140 |
| 271.  Transamerica Conc Growth Fund (TOREX) | B | Dividend | K | T | Buy | 02/24/17 | J | | |
| 272. | | | | | Buy (add'l) | 03/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Transamerica Emerg Mkts Debt I (EMTIX) | | None | | | Sold | 02/24/17 | K | B | 141 |
| 274. Transamerica Midcap Value Opps Fd (MVTIX) | B | Dividend | K | T | Buy | 02/24/17 | K | | |
| 275. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 276. Touchstone Large Cap Cl Y (TLCYX) | A | Dividend | K | T | Buy | 02/24/17 | J | | |
| 277. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 278. Vanguard FTSE Developed Mkt ETF (VEA) | | None | | | Sold | 02/24/17 | K | | 143 |
| 279. Wisdomtree Japan Hedged Eq ETF (DXJ) | | None | | | Sold | 02/24/17 | K | | 144 |
| 280. 401K #1 (H) | | | | | | | | | |
| 281. Dodge & Cox Stock Fund (DODGX) | A | Dividend | K | T | | | | | |
| 282. Janus Enterprise N (JDMNX) | A | Dividend | L | T | | | | | |
| 283. T Rowe Price QM US Small Cap Gr (PRDSX) (X) | A | Dividend | K | T | | | | | |
| 284. Lazard Emerging Markets Equity Fund (LZEMX) | A | Dividend | L | T | | | | | |
| 285. Virtus Real Estate Sec. R6 Fund (VRREX) | A | Dividend | K | T | | | | | |
| 286. 401K #2 (H) | | | | | | | | | |
| 287. Invesco Premeir US Govt Money (X) | A | Interest | L | T | | | | | |
| 288. JP Morgan Value Advantage Fund (JVAAX) | B | Dividend | M | T | | | | | |
| 289. Prudential Jennison Fund (PJFAX) | B | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Baron Sm. Cap Fund (BSCFX) | D | Dividend | M | T | | | | | |
| 291. MFS International Value R5 Fund (MINJX) | B | Dividend | L | T | | | | | |
| 292. Vanguard Inst. Index Fund (VINIX) | C | Dividend | N | T | | | | | |
| 293. Vanguard Sm. Cap Index Signal Fund (VSISX) | A | Dividend | L | T | | | | | |
| 294. College Savings Plan (H) | | | | | | | | | |
| 295. AllianceBernstein CBF-Age-Based Agg Grth 1999-2001 | | None | L | T | | | | | |
| 296. DC College Savings Plan – Calvert Equity Portfolio | | None | K | T | | | | | |
| 297. DC College Savings Plan – Calvert Balanced Portfolio | | None | J | T | | | | | |
| 298. DC College Savings Plan – State Street Equity 500 Index | | None | K | T | | | | | |
| 299. Misc Holdings (H) | | | | | | | | | |
| 300. Christian Benevolent Funeral Home stock | | None | O | U | | | | | |
| 301. Christian Benevolent Funeral Home -- note receivable | | None | L | T | | | | | |
| 302. 1208 Broad Street LLC (LLC interest) | D | Distribution | L | U | | | | | |
| 303. Career Core, Inc. (Y) | | | | | | | | | |
| 304. TriPoint Capital Partners (partnership interest) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Christopher R. | 07/05/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII is now listed by account. As a result, multiple lines in the 2017 report correspond with single line items in the 2016 report. Additionally, some assets underwent name changes or were transferred between accounts. Where needed for clarity, corresponding line numbers of the 2016 report have been included in Column D(5).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher R. Cooper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544